IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN SOLOWCZUK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:13-0674 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| MALACE HR. LARRY MALACE and | ) | |
| BETH PATTON, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the Defendants' motion for partial dismissal of the third amended complaint for failure to state a claim upon which relief may be granted. (Docket Entry No. 32). The motion was filed on behalf of all Defendants, but Plaintiff dismissed his claims against the individual Defendants Larry Malace and Beth Patton. (Docket Entry No. 39). Thus, the motion to dismiss filed by the individual Defendants is **DENIED as moot**.

As to Defendant Malace HR, this motion contends that Plaintiff's claims for attorney's fees for "Negligent Infliction of Emotional Distress" is contrary to Tennessee law and that Plaintiff's "Malicious Harassment" claim, fails because Tennessee law requires such harassment to be based on the Plaintiff's race, religion or national origin, citing inter alia Levy v. Franks, 159 S.W.3d 66, 81 (Tenn. Ct. App. 2004). Plaintiff alleges harassment based upon his alleged disability. After review of the pleadings and case law, the Court agrees with both contentions.

Accordingly, the Defendant Malace HR's motion to dismiss Plaintiff's malicious harassment claim and attorney's fees claims is **GRANTED**. Plaintiff's claims for malicious harassment and attorney's fees for negligent inflection of emotional distress are **DISMISSED with prejudice**.

It is so **ORDERED**.

ENTERED this the _____ day of April, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge